

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00489-CV

| | | |
|---|---|---|
| IN RE JOHN ANTHONY CASTRO, Relator | § | Original Proceeding |
| | § | Justice of the Peace, Precinct 7 of Tarrant County, Texas |
| | § | Trial Court No. JP07-22-DC00029121 |
| | § | January 2, 2024 |
| | § | Per Curiam Memorandum Opinion |

**JUDGMENT**

This court has considered relator's petition for writ of mandamus and holds that the petition should be dismissed. It is ordered that the petition for writ of mandamus is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM